01
02
03
04
05

06           UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
07                      AT SEATTLE

08 | JOHN ROBERT DEMOS, JR.,            )
                                         )  CASE NO. C13-78-JLR
09 |       Petitioner,                   )
                                         )
10 |   v.                                )
                                         )  ORDER DIRECTING CLERK TO
11 | USA,                                )  RETURN DOCUMENTS
                                         )
12 |       Respondent.                   )
                                         )
13

14       The Court, having reviewed the Report and Recommendation of United States

15 Magistrate Judge Mary Alice Theiler, any objections to that, the governing law, and the balance

16 of the record, does hereby find and ORDER:

17       (1)    The Report and Recommendation is ADOPTED;

18       (2)    The Clerk shall RETURN petitioner's recent submissions without filing them,

19              see Demos v. Stanley, MC97-0031-JLW (W.D. Wash., March 13, 1997); and

20       (3)    The Clerk of Court is directed to send copies of this Order to petitioner and to

21              Magistrate Judge Theiler.

22

ORDER DIRECTING CLERK TO RETURN DOCUMENTS
PAGE -1

01 DATED this 15th day of April, 2013.

_____
JAMES L. ROBART
United States District Judge

02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22

ORDER DIRECTING CLERK TO RETURN DOCUMENTS
PAGE -2